IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| ROBERT SOPER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 07-1040-KI |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| COMMISSION of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Tim Wilborn
Wilborn Law Office, P.C.
P. O. Box 2768
Oregon City, Oregon  97045

    Attorney for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon
Britannia I. Hobbs
Assistant United States Attorney
1000 S. W. Third Avenue, Suite 600
Portland, Oregon  97204-2902

Page 1 - JUDGMENT

Daphne Banay
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, Washington  98104-7075

    Attorneys for Defendant


KING, Judge:

    Based on the record,

    The decision of the Commissioner is hereby REVERSED, and this case is REMANDED to the Commissioner for a finding of disability

    Dated this   9th   day of September, 2008.


                      /s/ Garr M. King
                      Garr M. King
                      United States District Judge